```
         FILED           RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              APR 16 2015

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,               )
                                  )
    v.                            )   2:14-CR-050-JCM-(VCF)
                                  )
ALAN LEE DORAN,                   )
                                  )
        Defendant.               )

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 16, 2015, defendant ALAN LEE DORAN pled guilty to Count Two of a Three-Count Criminal Indictment charging him with Possession of Material Depicting Sexual Exploitation of a Child in violation of Title 18, United States Code, Section 2252(a)(2). Criminal Indictment, ECF No. 7; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant ALAN LEE DORAN agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 7; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant ALAN LEE DORAN pled guilty.

///

///

The following assets are (1) any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, video tape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2251; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title 18, United States Code, Section 2251; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of a violation of Title 18, United States Code, Section 2251 or any property traceable to such property and is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1), (a)(2) and (a)(3):

1. eMachines PC tower (Serial #PTCNV02001122009D13000);
2. Seagate external hard drive (Serial #NA5BYE42);
3. 108 DVD/CDs;
4. Samsung video camera (Serial #ZBN56VTZ100145W);
5. 2GB media card;
6. SanDisk 16GB USB drive; and
7. LG Cell phone

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALAN LEE DORAN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

///

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 16th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

4