RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Alan Lee Doran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAN LEE DORAN,<br><br>　　　　　Defendant. | Case No. 2:14-CR-050-JCM-VCF<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL TO MOTION FOR COMPASSIONATE RELEASE (ECF NO. 49)**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth Olson White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Alan Lee Doran, that the deadline to the supplement Defendant's Motion for Compassionate Release (ECF No. 49) be set for October 2, 2020; and that the deadline for the government's response be extended to October 16, 2020.

This Stipulation is entered into for the following reasons:

1. Mr. Doran filed a pro se motion for compassionate release on September 04, 2020. ECF No. 49.

2. Undersigned counsel was assigned to represent Mr. Doran for the purposes of pursuing compassionate release on September 09, 2020. ECF No. 52.

3. Counsel needs additional time to review Mr. Doran's pro se motion and draft a supplement, if necessary.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a supplement.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. After receiving the supplement, Government counsel will likewise need additional time to review that supplement and prepare and file the government's response.

This is the first request to continue deadlines filed herein.

DATED this 15th day of September 2020.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Monique Kirtley*  
By_____  
MONIQUE KIRTLEY  
Assistant Federal Public Defender

NCHOLAS A. TRUTANICH  
United States Attorney

*/s/ Elizabeth Olson White*  
By_____  
ELIZABETH OLSON WHITE  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-050-JCM-VCF |
| Plaintiff, | ORDER |
| v. | |
| ALAN LEE DORAN, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that defense counsel's supplement to Defendant's Motion for Compassionate Release (ECF No. 49) currently due on Friday, September 18, 2020, be vacated and continued to Friday, October 2, 2020; and that the Government's response to Defendant's supplement shall be due on Friday, October 16, 2020.

DATED September 18, 2020.

_____
UNITED STATES DISTRICT JUDGE

3